1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIJAN SOTUDEH | ) Case No.: CV09-3729 RGK (JCx) |
| Plaintiff, | ) |
| vs. | ) FINAL JUDGMENT |
| AIR JAMAICA LIMITED, AKA AIR JAMAICA HOLDINGS LIMITED & DOES 1-100. | ) Judge: Hon. R. Gary Klausner |
| Defendants. | ) |

Pursuant to and for the reasons stated in this Court's order dated December 8, 2009, in which the Court granted the motion of defendant Air Jamaica Limited for Judgment on the Pleadings,

IT IS ORDERED AND ADJUDGED

That Plaintiff take nothing, that final judgment in favor of Air Jamaica Limited is entered, and that Air Jamaica Limited recover of Plaintiff its costs of action.

DATED:  December 11 2009

_____
Hon. R. Gary Klausner
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] FINAL JUDGMENT

1115671

1

2  Presented by:

3  Mendes & Mount, LLP

4

5  By:_____

6        Mark R. Irvine
  Attorneys for Defendant
7  Air Jamaica Limited

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] FINAL JUDGMENT

1115671